# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**LUDELL MANUFACTURING COMPANY,**
      Plaintiff,

    v.                                      Case No. 13-CV-00492

**LEISURE POOLS USA TRADING, INC.,**
**TEXAS FIBERGLASS TANK COMPANY, LLC,**
**and NATIONWIDE TANK AND PIPE, LLC,**
      Defendants.

---

## ORDER

I granted plaintiff's motion and extended the deadline for the completion of discovery to July 17, 2014. Therefore, I will also extend the deadline for filing dispositive motions.

**IT IS ORDERED** that any dispositive motions must be served and filed on or before **July 31, 2014**.

Dated at Milwaukee, Wisconsin, this 7th day of June, 2014.

                                                    s/ Lynn Adelman
                                                    _____
                                                    LYNN ADELMAN
                                                    District Judge